No. 39, Misc.   PRITCHARD *v.* GLADDEN, WARDEN; and
No. 201, Misc.   GILPIN *v.* UNITED STATES.   Motions
for leave to file petitions for writs of habeas corpus denied.

No. 146, Misc.   DANIEL *v.* HALL, U. S. DISTRICT JUDGE.
Motion for leave to file petition for writ of mandamus
and prohibition denied.

No. 588.   YOUNGSTOWN SHEET & TUBE CO. *v.* BOWERS,
TAX COMMISSIONER OF OHIO; and
No. 589.   ALLIED STORES OF OHIO, INC., *v.* BOWERS,
TAX COMMISSIONER OF OHIO.   Appeals from the Supreme
Court of Ohio.   Probable jurisdiction noted.   *Carlton S.
Dargusch, Sr.* for appellants.   *William Saxbe,* Attorney
General of Ohio, and *John M. Tobin,* Assistant Attorney
General, for appellee.   Reported below: 166 Ohio St.
122, 140 N. E. 2d 313.

No. 606.   NORTHWESTERN STATES PORTLAND CEMENT
CO. *v.* MINNESOTA.   Appeal from the Supreme Court of
Minnesota.   Probable jurisdiction noted.   *Joseph A.
Maun* and *Earl Smith* for appellant.   *Miles Lord,* Attor-
ney General of Minnesota, *Perry Voldness,* Assistant
Attorney General, and *Arthur C. Roemer,* Special Assist-
ant Attorney General, for respondent.

No. 621.   DAYTON *v.* DULLES, SECRETARY OF STATE.
United States Court of Appeals for the District of
Columbia Circuit.   Certiorari granted.   *Harry I. Rand*
for petitioner.   *Solicitor General Rankin* for respondent.